**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GUIF, LORI L § Case No. 15-81430-LMT
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 28, 2015. The undersigned trustee was appointed on May 28, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         4,514.00

    Funds were disbursed in the following amounts:
    Payments made under an
      interim distribution                                          0.00
    Administrative expenses                                         0.00
    Bank service fees                                              40.00
    Other payments to creditors                                     0.00
    Non-estate funds paid to 3rd Parties                            0.00
    Exemptions paid to the debtor                                   0.00
    Other payments to the debtor                                    0.00

    Leaving a balance on hand of [1]       $         4,474.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/29/2015 and the deadline for filing governmental claims was 11/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $332.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $332.73, for a total compensation of $332.73.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/23/2015            By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-81430-LMT  
**Case Name:** GUIF, LORI L  

**Period Ending:** 12/23/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 05/28/15 (f)  
**§341(a) Meeting Date:** 07/02/15  
**Claims Bar Date:** 10/29/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1967B Gary Court, Schaumburg,IL, per Zillow | 120,000.00 | 0.00 | | 0.00 | FA |
| 2 | checking account w/ BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
| 3 | checking account w/ BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
| 4 | checking account w/ American Chartered Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5 | older household furniture & personal belongings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7 | misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8 | employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401K | 95,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Ford Fusion | 5,000.00 | 550.00 | | 0.00 | FA |
| 11 | possable personal injury & worker comp claim w/ | Unknown | 0.00 | | 0.00 | FA |
| 12 | 2014 Tax Returns (u) | Unknown | 4,500.00 | | 4,514.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$222,150.00** | **$5,050.00** | | **$4,514.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2017     **Current Projected Date Of Final Report (TFR):** June 30, 2016

Printed: 12/23/2015 02:57 PM    V.13.25

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 15-81430-LMT | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GUIF, LORI L | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ********66 - Checking Account |
| Taxpayer ID #: | **-***9318 | | Blanket Bond: | $8,842,000.00 (per case limit) |
| Period Ending: | 12/23/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/17/15 | {12} | Lori L. Guif | 2014 Income Tax Refunds | 1224-000 | 4,514.00 | | 4,514.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,504.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,494.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,484.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,474.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,514.00 | 40.00 | $4,474.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,514.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,514.00 | $40.00 | |

Net Receipts :         4,514.00
_____
Net Estate :         $4,514.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 4,514.00 | 40.00 | 4,474.00 |
| | $4,514.00 | $40.00 | $4,474.00 |

{} Asset reference(s)                                                                                         Printed: 12/23/2015 02:57 PM    V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 29, 2015

**Case Number:** 15-81430-LMT  
**Debtor Name:** GUIF, LORI L

Page: 1

**Date:** December 23, 2015  
**Time:** 02:57:36 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| EXP 199 | ATTY. BERNARD J. NATALE<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Admin Ch. 7 | ATTORNEY EXPENES | $20.27 | $0.00 | 20.27 |
| TRTE 199 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 1330.91] | $332.73 | $0.00 | 332.73 |
| 3 950 | American Airlines Federal Credit Union<br>4151 Amon Carter Blvd.<br>Fort Worth, TX 76155 | Secured | | $0.00 | $0.00 | 0.00 |
| 1 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $621.66 | $0.00 | 621.66 |
| 2 610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $314.74 | $0.00 | 314.74 |
| 1I 640 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1.00 | $0.00 | 1.00 |
| 2I 640 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.51 | $0.00 | 0.51 |
| SURPLUS 650 | GUIF, LORI L<br>8466 CROOKED BEND<br>MACHESNEY PARK, IL 61115 | Unsecured | | $3,183.09 | $0.00 | 3,183.09 |
| **<< Totals >>** | | | | 4,474.00 | 0.00 | 4,474.00 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 15-81430-LMT
Case Name: GUIF, LORI L
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 4,474.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | American Airlines Federal Credit Union | 10,428.27 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,474.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 332.73 | 0.00 | 332.73 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 20.27 | 0.00 | 20.27 |

Total to be paid for chapter 7 administration expenses: $ 353.00
Remaining balance: $ 4,121.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,121.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 4,121.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 936.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 621.66 | 0.00 | 621.66 |
| 2 | Capital One Bank (USA), N.A. | 314.74 | 0.00 | 314.74 |

|  | Total to be paid for timely general unsecured claims: | $ | 936.40 |
|---|---|---|---|
|  | Remaining balance: | $ | 3,184.60 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 3,184.60 |

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

|||| Total to be paid for subordinated claims: $ | 0.00 |
|---|---|---|---|---|
|||| Remaining balance: $ | 3,184.60 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $1.51.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,183.09.

**UST Form 101-7-TFR (05/1/2011)**