# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: GUIF, LORI L § | Case No. 15-81430 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 02/08/2016 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 12/23/2015     By: /s/BERNARD J. NATALE
                                                                                Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GUIF, LORI L § Case No. 15-81430
 §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $     4,514.00

*and approved disbursements of*     $     40.00

*leaving a balance on hand of* [1]     $     4,474.00

**Balance on hand:**     $     4,474.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | American Airlines Federal Credit Union | 10,428.27 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     4,474.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 332.73 | 0.00 | 332.73 |
| Attorney for Trustee, Expenses - ATTY. BERNARD J. NATALE | 20.27 | 0.00 | 20.27 |

Total to be paid for chapter 7 administration expenses:     $     353.00
Remaining balance:     $     4,121.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,121.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,121.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 936.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 621.66 | 0.00 | 621.66 |
| 2 | Capital One Bank (USA), N.A. | 314.74 | 0.00 | 314.74 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 936.40 |
| Remaining balance: | $ | 3,184.60 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 3,184.60

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 3,184.60

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1.51. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,183.09.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL  61107
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 15-81430-TML
Lori L Guif                                                               Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: ldixon               Page 1 of 2                Date Rcvd: Jan 08, 2016
                              Form ID: pdf006            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2016.
```
db         +Lori L Guif,    8466 Crooked Bend,    Machesney Park, IL 61115-7669
23332006   +American Airlines Fcu,    Po Box 619001,    Dfw Airport, TX 75261-9001
23727212   +American Airlines Federal Credit Union,    4151 Amon Carter Blvd.,    Fort Worth TX 76155-2601
23332016  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Exxmblciti,     Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195)
23332007   +Cap1/bstby,    Po Box 6497,    Sioux Falls, SD 57117-6497
23332008   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
23611293    Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC  28272-1083
23332009   +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23332010   +Comenity Bank/Ann Taylor,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
23332011   +Comenity Bank/New York & Company,    Attention: Bankruptcy,    P.O. Box 182125,
             Columbus, OH 43218-2125
23332012   +Comenity Bank/vctrssec,    Po Box 182789,    Columbus, OH 43218-2789
23332013   +Comenity Capital Bank/HSN,    Attn: Bankruptcy,    Po Box 183043,    Columbus, OH 43218-3043
23332014   +Credit Management Lp,    4200 International Pkwy,    Carrollton, TX 75007-1912
23332022   +Hsbc/carsn,    Po Box 9,    Buffalo, NY 14240-0009
23332026   +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
23332027   +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
23332028   +The Limited/WFNNB,    Wfnnb/Attn: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
23332024   +physicians immediate care,    Box 8798,    Carol Stream, IL 60197-8798
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23560195    E-mail/Text: mrdiscen@discover.com Jan 09 2016 00:37:44     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23332015   +E-mail/Text: mrdiscen@discover.com Jan 09 2016 00:37:44     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
23332017   +E-mail/Text: ally@ebn.phinsolutions.com Jan 09 2016 00:37:43     G M A C,    P O Box 380901,
             Bloomington, MN 55438-0901
23332018   +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2016 00:42:27     GECRB/JC Penny,
             Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
23332019   +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2016 00:35:36     GECRB/Lowes,
             Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
23332020   +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2016 00:42:49     Gemb/walmart,    Attn: Bankruptcy,
             Po Box 103104,    Roswell, GA 30076-9104
23332021   +E-mail/Text: bankruptcy@hraccounts.com Jan 09 2016 00:37:51     H & R Accounts Inc,
             7017 John Deere Pkwy,    Moline, IL 61265-8072
23332023    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2016 00:54:47     Lvnv Funding Llc,
             C/o Resurgent Capi,    Greenville, SC 29603
23332025   +E-mail/Text: mtg.bankruptcy@regions.com Jan 09 2016 00:38:36     Regions Mortgage,    Bankruptcy,
             Po Box 18001,    Hattiesburg, MS 39404-8001
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3           User: ldixon              Page 2 of 2              Date Rcvd: Jan 08, 2016
                               Form ID: pdf006           Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2016 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale     natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Richard B Aronow    on behalf of Creditor   Regions Bank dba Regions Mortgage raronow@logs.com,
               bk_il_notice@logs.com
              Steve  Gaerke    on behalf of Debtor 1 Lori L Guif rockford@jordanpratt.com
                                                                                             TOTAL: 6
```