UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| LORI L GUIF | § | Case No. 15-81430 |
| | § § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 120,550.00<br>*(Without deducting any secured claims)* | Assets Exempt: 101,600.00 |
| Total Distributions to Claimants: 937.91 | Claims Discharged<br>Without Payment: 148,941.00 |
| Total Expenses of Administration: 393.00 | |

3) Total gross receipts of $ 4,514.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,183.09 (see **Exhibit 2**), yielded net receipts of $ 1,330.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 158,215.00 | $ 10,428.27 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 393.00 | 393.00 | 393.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,134.00 | 936.40 | 936.40 | 937.91 |
| **TOTAL DISBURSEMENTS** | $ 160,349.00 | $ 11,757.67 | $ 1,329.40 | $ 1,330.91 |

4) This case was originally filed under chapter 7 on 05/28/2015 . The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/25/2016          By:/s/BERNARD J. NATALE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Tax Returns | 1224-000 | 4,514.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,514.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LORI L GUIF | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 3,183.09 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 3,183.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Regions Mortgage Bankruptcy Po Box 18001 Hattiesburg, MS 39404 | | 147,714.00 | NA | NA | 0.00 |
| 3 | American Airlines Federal Credit Union | 4110-000 | 10,501.00 | 10,428.27 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 158,215.00** | **$ 10,428.27** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 332.73 | 332.73 | 332.73 |
| Rabobank, N.A. | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| ATTY. BERNARD J. NATALE | 3120-000 | NA | 20.27 | 20.27 | 20.27 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 393.00 | $ 393.00 | $ 393.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap1/bstby<br>Po Box 6497<br>Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Ann Taylor<br>Attention: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/New York & Company<br>Attention: Bankruptcy<br>P.O. Box 182125<br>Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/vctrssec<br>Po Box 182789<br>Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Capital Bank/HSN<br>Attn: Bankruptcy<br>Po Box 183043<br>Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management Lp<br>4200 International Pkwy<br>Carrollton, TX 75007 | | 194.00 | NA | NA | 0.00 |
| | Exxmblciti<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195 | | 0.00 | NA | NA | 0.00 |
| | G M A C<br>P O Box 380901<br>Bloomington, MN 55438 | | 0.00 | NA | NA | 0.00 |
| | GECRB/JC Penny<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | GECRB/Lowes<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Gemb/walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H & R Accounts Inc<br>7017 John Deere Pkwy<br>Moline, IL 61265 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/carsn<br>Po Box 9<br>Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc C/o<br>Resurgent Capi<br><br>Greenville, SC 29603 | | 0.00 | NA | NA | 0.00 |
| | physicians immediate care<br>Box 8798<br>Carol Stream, IL 60197 | | 500.00 | NA | NA | 0.00 |
| | Stellar Recovery Inc<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL 32216 | | 533.00 | NA | NA | 0.00 |
| | Target N.b.<br>Po Box 673<br>Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |
| | The Limited/WFNNB<br>Wfnnb/Attn: Bankruptcy<br>Po Box 182686<br>Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| 2 | Capital One N. A. | 7100-000 | 314.00 | 314.74 | 314.74 | 314.74 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 593.00 | 621.66 | 621.66 | 621.66 |
|  | Discover Bank | 7990-000 | NA | NA | NA | 1.00 |
|  | N. A. Capital One Bank (USA) | 7990-000 | NA | NA | NA | 0.51 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 2,134.00 | $ 936.40 | $ 936.40 | $ 937.91 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 15-81430 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LORI L GUIF | | | | Date Filed (f) or Converted (c): | 05/28/2015 (f) |
| | | | | | 341(a) Meeting Date: | 07/02/2015 |
| For Period Ending: | 04/21/2016 | | | | Claims Bar Date: | 10/29/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1967B Gary Court, Schaumburg,IL, per Zillow | 120,000.00 | 0.00 | | 0.00 | FA |
| 2. checking account w/ BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
| 3. checking account w/ BMO Harris | 100.00 | 0.00 | | 0.00 | FA |
| 4. checking account w/ American Chartered Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. older household furniture & personal belongings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. necessary wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. misc. costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. employer provided term life policy - no cash val | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401K | 95,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Ford Fusion | 5,000.00 | 550.00 | | 0.00 | FA |
| 11. possable personal injury & worker comp claim w/ | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Tax Returns       (u) | 0.00 | 4,514.00 | | 4,514.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $222,150.00 | $5,064.00 | | $4,514.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pending TDR.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 2 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 3 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 4 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 5 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 6 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 7 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 8 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 9 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 10 | -- | Imported from original petition Doc# 1 |
| RE PROP # | 11 | -- | Imported from original petition Doc# 1 |

Initial Projected Date of Final Report (TFR): 06/30/2017    Current Projected Date of Final Report (TFR): 06/30/2016

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-81430 | Trustee Name: BERNARD J. NATALE |
| Case Name: LORI L GUIF | Bank Name: Rabobank, N.A. |
| | Account Number/CD#: XXXXXX66 |
| | Checking Account |
| Taxpayer ID No: XX-XXX9318 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 04/21/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/17/15 | 12 | Lori L. Guif<br>8466 Crooked Bend Road<br>Machesney Park, IL 61115 | 2014 Income Tax Refunds | 1224-000 | $4,514.00 | | $4,514.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,504.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,494.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,484.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $4,474.00 |
| 02/08/16 | 101 | ATTY. BERNARD J. NATALE<br>1639 N ALPINE ROAD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Dividend paid 100.00% on $20.27, Attorney for Trustee Expenses (Trustee Firm); Reference: ATTORNEY EXPENES | 3120-000 | | $20.27 | $4,453.73 |
| 02/08/16 | 102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL 61107 | Dividend paid 100.00% on $332.73, Trustee Compensation; Reference: | 2100-000 | | $332.73 | $4,121.00 |
| 02/08/16 | 103 | GUIF, LORI L<br>8466 CROOKED BEND<br>MACHESNEY PARK, IL 61115 | Distribution paid 100.00% on $3,183.09; Claim# SURPLUS; Filed: $3,183.09; Reference: | 8200-002 | | $3,183.09 | $937.91 |
| 02/08/16 | 104 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 282721083 | Combined Check for Claims#2,2I | | | $315.25 | $622.66 |
| | | N. A. Capital One Bank (USA) | Dividend paid 100.00% on $314.74; Claim# 2; Filed: $314.74 | 7100-000 | ($314.74) | | |
| | | N. A. Capital One Bank (USA) | Dividend paid 100.00% on $0.51; Claim# 2I; Filed: $0.51 | 7990-000 | ($0.51) | | |
| 02/08/16 | 105 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 430543025 | Combined Check for Claims#1,1I | | | $622.66 | $0.00 |
| | | Discover Bank | Dividend paid 100.00% on $621.66; Claim# 1; Filed: $621.66 | 7100-000 | ($621.66) | | |

| | | | Page Subtotals: | | $4,514.00 | $4,514.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-81430 | Trustee Name: | BERNARD J. NATALE |
| Case Name: | LORI L GUIF | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9318 | Blanket Bond (per case limit): | $3,000.00 |
| For Period Ending: | 04/21/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Discover Bank | Dividend paid 100.00% on $1.00; Claim# 1I; Filed: $1.00 | ($1.00) | 7990-000 | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,514.00 | $4,514.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,514.00 | $4,514.00 |
| Less: Payments to Debtors | $0.00 | $3,183.09 |
| Net | $4,514.00 | $1,330.91 |

| | Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX66   - Checking Account | $4,514.00 | $1,330.91 | $0.00 |
|  | $4,514.00 | $1,330.91 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$4,514.00** |
| **Total Gross Receipts:** | **$4,514.00** |

Page Subtotals: $0.00 $0.00